**\*E-FILED 10-28-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC. | No. C11-03004 HRL |
| Plaintiff, | **ORDER SEALING DOCUMENT** |
| v. | |
| DOES 1-69, | |
| Defendant. | |

The court received, on September 19, 2011, a letter from Doe Defendant moving to quash the subpoena re IP Address No. 99.0.6.40. To protect the personal information of defendant, that letter shall be filed under seal. A redacted copy will be publicly filed.

SO ORDERED.

Dated: October 28, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-03004-HRL Notice has been electronically mailed to:

2  Brett Langdon Gibbs    blgibbs@wefightpiracy.com

3  Patrick Hugh Moran    moran@whafh.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.