UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARD DRIVE PRODUCTIONS, INC., | CASE NO. 11-3004 HRL |
| Plaintiff, | |
| v. | NOTICE OF NEED FOR ADR PHONE CONFERENCE |
| DOES 1-69, | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and that they:

X     not yet reached an agreement to an ADR process

☐     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference     JANUARY 10, 2011

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| BRETT GIBBS | HARD DRIVE PROD. | 415-341-5318 | BLGIBBS@WEFIGHTPIRACY.COM |

Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference.  The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.

Dated: 12-20-11                                        /s/ Brett L. Gibbs, Esq.
                                                                 Attorney for Plaintiff

Dated: _____                              _____
                                                                 Attorney for Defendant

When filing this document in ECF, please be sure to use the ADR Docket Event entitled