Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HARD DRIVE PRODUCTIONS, INC., | ) | **No. C-11-03004 HRL** |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE EXCEPT AS TO TWO DOE DEFENDANTS** |
| DOES 1-69, | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE EXECPT AS TO TWO DOE DEFENDANTS**

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses all claims without prejudice brought in this action against all Doe Defendants in this case *except* for two Doe Defendants associated with the Internet Protocol ("IP") addresses 99.0.6.40 and 174.65.135.15. For the Court's reference, the individual associated with IP address 99.0.6.40 also filed a Letter to the Court on September 19, 2011, that requested the Court to quash Plaintiff's motion to that individual's Internet Service Provider. (ECF No. 25.) Plaintiff filed a response. (ECF No. 27.) This letter motion is still pending.

1  In accordance with Federal Rule of Civil Procedure 41(a)(1), the respective Doe Defendants being dismissed have neither filed answers to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Plaintiff still maintains claims against the other anonymous Doe Defendants remaining in this action, and reserves the right to name such individuals and/or serve them when in possession of their identifying information in this case.

Respectfully Submitted,

PRENDA LAW INC.,

**DATED: January 2, 2012**

By:       /s/  Brett L. Gibbs, Esq.

Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 2, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.