**United States District Court**
For the Northern District of California

*E-FILED 01-06-2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARD DRIVE PRODUCTIONS,<br><br>    Plaintiff,<br><br>  v.<br><br>DOES 1-69,<br><br>    Defendants.<br>_____/ | No. C11-03004 HRL<br><br>**ORDER (1) VACATING INITIAL CASE MANAGEMENT CONFERENCE; AND (2) DIRECTING PLAINTIFF TO BRIEF REQUEST FOR DISCOVERY** |

Having reviewed plaintiff's case management statement, the court vacates the initial case management conference set for January 10, 2012. Additionally, plaintiff is directed to brief the issue of its request for further discovery by way of deposition. Plaintiff shall file its brief no later than **January 17, 2012**. Unless the court otherwise orders, plaintiff's request for further discovery will then be deemed submitted on the papers.

SO ORDERED.

Dated: January 6, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1    5:11-cv-03004-HRL Notice has been electronically mailed to:

2    Brett Langdon Gibbs     blgibbs@wefightpiracy.com

3    Patrick Hugh Moran     moran@whafh.com

4    Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.